IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven Allen Freeman<br>Sandra Kay Freeman<br>Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>Movant<br>vs. | NO. 19-03078 HWV |
| Steven Allen Freeman<br>Sandra Kay Freeman<br>Debtor(s)<br>Jack N. Zaharopoulos<br>Trustee | 11 U.S.C. Section 362 |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

BANK OF AMERICA, N.A. has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before **April 21, 2022,** you or your attorney must do all of the following:
    (a) file an answer explaining your position at:
     United States Bankruptcy Court
     Ronald Reagan Federal Building
     228 Walnut Street, Room 320
     Harrisburg, PA 17108

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
    (b) mail a copy to the movant's attorney:
     Rebecca A. Solarz, Esquire
     KML Law Group, P.C.
     Suite 5000 - BNY Independence Center
     701 Market Street
     Philadelphia, PA 19106-1532

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Henry W. Van Eck Esq., the United States Bankruptcy Judge, in Room 320 at the United States Bankruptcy Court, U.S. Courthouse, 3rd fl, 228 Walnut Harrisburg, PA 17108 on **April 26, 2022 at 09:30 AM** , or as soon thereafter as counsel can be heard, to consider the motion.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 717-901-2800 to find out whether the hearing has been canceled because no one filed an answer.

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322

April 07, 2022