**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven Allen Freeman<br>Sandra Kay Freeman<br><u>Debtor(s)</u> | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br><u>Movant</u><br>vs. | NO. 19-03078 HWV |
| Steven Allen Freeman<br>Sandra Kay Freeman<br><u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos<br><u>Trustee</u> | |

**CERTIFICATE OF NON-CONCURRENCE**

Neither Debtor(s), nor Trustee have concurred with the request for relief in this Motion.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorneys for Movant/Applicant