IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Steven Allen Freeman<br>Sandra Kay Freeman<br>　　　　　Debtor(s) | | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>　　　　　Movant<br>　vs.<br>Steven Allen Freeman<br>Sandra Kay Freeman<br>　　　　　Debtor(s)<br>Jack N. Zaharopoulos<br>　　　　　Trustee | | NO. 19-03078 HWV<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of BANK OF AMERICA, N.A. for Relief From Automatic Stay and notice of motion, response deadline and hearing date have been served on April 07, 2022, by first class mail, and/or electronic means upon those listed below:

<u>Debtor(s)</u>
Steven Allen Freeman
4 Spruce Street
Mont Alto, PA 17237

Sandra Kay Freeman
4 Spruce Street
Mont Alto, PA 17237

<u>Attorney for Debtor(s)</u>
James H. Turner, Esq.
Turner and O'Connell
915 North Mountain Road, Suite D
Harrisburg, PA 17112
VIA ECF

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036
VIA ECF

Office of the US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
VIA ECF

Date: <u>April 07, 2022</u>

　　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　Main Phone #: 215-627-1322