United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Steven Allen Freeman

Sandra Kay Freeman

    Debtors

Case No. 19-03078-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: May 02, 2022 | Form ID: nthrgreq | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Steven Allen Freeman, Sandra Kay Freeman, 4 Spruce St, Mont Alto, PA 17237-9652 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2022

Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James H Turner | on behalf of Debtor 2 Sandra Kay Freeman pat@turnerandoconnell.com |
| James H Turner | on behalf of Debtor 1 Steven Allen Freeman pat@turnerandoconnell.com |
| James H. Turner | on behalf of Debtor 1 Steven Allen Freeman pat@turnerandoconnell.com  notices@UpRightLaw.com |
| James H. Turner | on behalf of Debtor 2 Sandra Kay Freeman pat@turnerandoconnell.com  notices@UpRightLaw.com |
| Jerome B Blank | on behalf of Creditor Bank Of America  N.A. pamb@fedphe.com |

Mario John Hanyon

on behalf of Creditor Bank Of America  N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com

Rebecca Ann Solarz

on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

Robert Joseph Davidow

on behalf of Creditor Bank Of America  N.A. r.davidow@mgplaw.com

Thomas Song

on behalf of Creditor Bank Of America  N.A. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven Allen Freeman

**Debtor 1**

Sandra Kay Freeman

**Debtor 2**

Chapter: 13

Case number: 1:19−bk−03078−HWV

Document Number: 37

Matter: Motion for Relief from Automatic Stay

BANK OF AMERICA, N.A.
**Movant(s)**

vs.

STEVEN ALLEN FREEMAN
SANDRA KAY FREEMAN
JACK N. ZAHAROPOULOS, Trustee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on July 18, 2019.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 5/24/22** **Time: 09:30 AM** |

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 2, 2022 |

nthrgreq(02/19)