IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   STEVEN A. FREEMAN and : CHAPTER 13
   SANDRA K. FREEMAN :
       Debtor : CASE NO. 1:19-bk-03078-HWV
 :

## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Now comes Chad J. Julius, a creditor and party in interest in the above captioned action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g), and requests that all notices required to be mailed or served in this case be directed to:

    Chad J. Julius
    Upright Law, LLC
    8150 Derry Street, Ste. A
    Harrisburg, PA 17111
    smcpartland@ljacobsonlaw.com

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Chad J. Julius hereby enters Notice of Appearance as Counsel in this matter on behalf of the Debtors.

Date: May 23, 2022                                    s/Chad J. Julius
                                                                                 Chad J. Julius
                                                                                 I.D. No. 209496
                                                                                 Upright Law, LLC
                                                                                 8150 Derry Street, Ste. A
                                                                                 Harrisburg, PA 17111
                                                                                 717-909-5858
                                                                                 717-909-7788 [fax]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   STEVEN A. FREEMAN and : CHAPTER 13
   SANDRA K. FREEMAN :
      Debtor : CASE NO. 1:19-bk-03078-HWV
 : 

## CERTIFICATE OF SERVICE

I, Dera Shade, do hereby certify that on this day I served the within documents upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:
Jack N Zaharopoulos (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

U.S. Trustee
228 Walnut Street,
P.O. Box 969
Harrisburg, PA 17101-0969

FIRST CLASS Mail -

All creditors on the mailing matrix (attached).

DATED: May 23, 2022                    s/Dera Shade
                                                      Dera Shade, Paralegal

Label Matrix for local noticing
0314-1
Case 1:19-bk-03078-HWV
Middle District of Pennsylvania
Harrisburg
Mon May 23 15:21:45 EDT 2022

Bank of America
100 North Tryon Street
Charlotte, NC 28202-4024

BANK OF AMERICA, N.A.
PO Box 31785
TAMPA, FL 33631-3785

Bank Of America, N.A.
Bank Of America
PO Box 31785
Tampa, FL, 33631-3785

Jerome B Blank
Phelan Hallinan & Schmieg LLP
One Penn Center
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103-1814

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chambersburg Hospital
560 E Washington St
Chambersburg, PA 17201-2751

Commenty-Peoples
PO Box 659465
San Antonio, TX 78265-9465

Robert Joseph Davidow
Mason, Griffin & Pierson, PC
101 Poor Farm Road
Princeton, NJ 08540-1941

Sandra Kay Freeman
4 Spruce St
Mont Alto, PA 17237-9652

Steven Allen Freeman
4 Spruce St
Mont Alto, PA 17237-9652

Mario John Hanyon
Phelan Hallinan & Schmieg
1617 JFK BLVD
Suite 1400
Philadelphia, PA 19103-1814

Harley Davidson
3850 Arrowhead Drive
Carson City, NV 89706-2016

Harley-Davidson Credit Corp.
PO Box 9013
Addison, Texas 75001-9013

Kohl's Capital One
PO Box 3115
Milwaukee, WI 53201-3115

MNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

One Main Financial
6801 Colwell Blvd
Attn: C/S Care Dept
Irving, TX 75039-3198

OneMain
PO Box 3251
Evansville, IN 47731-3251

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Real Time Resolutions
Po Box 1259
Oaks, PA 19456-1259

Real Time Resolutions
Po Box 840923
Dallas, TX 75284-0923

Real Time Resolutions, Inc.
1349 Empire Central Drive
Suite 150
Dallas, Texas 75247-4029

Real Time Solutions
1750 Regal Row
Dallas, TX 75235-2289

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

Thomas Song
937 Sentara Way
Virginia Beach, VA 23452-4262

Summit Physician Service
c/o Peerless Credit
PO Box 518
Middletown, PA 17057-0518

Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061

| Synchrony Bank | James H Turner | James H. Turner |
| c/o PRA Receivables Management, LLC | Turner and O'Connell | UpRight Law LLC |
| PO Box 41021 | 915 N Mountain Road | 915 N Mountain Road |
| Norfolk, VA 23541-1021 | Suite D | Suite D |
|  | Harrisburg, PA 17112-1793 | Harrisburg, PA 17112-1793 |

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Victoris's Secret
PO Box 659728
San Antonio, TX 78265-9728

Waynesboro Hospital
501 E Main Street
Waynesboro, PA 17268-2394

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

US Department of EducationMOHELA
633 Spirit Dr
Chesterfield, MO 63005

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)BANK OF AMERICA, N.A.
PO Box 31785
TAMPA, FL 33631-3785

(u)Bank Of America, N.A.

End of Label Matrix
Mailable recipients    37
Bypassed recipients     2
Total                  39