# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Steven Allen Freeman<br>Sandra Kay Freeman<br><br>Debtor(s) | Case No.: 19-03078 HWV<br><br>Chapter 13 |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BANK OF AMERICA, N.A. in relation to a claim secured by real property commonly known as 4 Spruce Street, Mont Alto, PA 17237 and identified by account number *******1815.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BANK OF AMERICA, N.A.
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
bankruptcy@powerskirn.com

Dated: November 15, 2023

POWERS KIRN, LLC

By: /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Steven Allen Freeman<br>Sandra Kay Freeman<br><br>Debtor(s) | Case No.: 19-03078 HWV<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on November 15, 2023.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown PA 17036
info@pamd13trustee.com
Trustee

Chad J. Julius, Esquire
8150 Derry Street, Suite A
Harrisburg PA 17111
cjulius@ljacobsonlaw.com
Attorney for Debtor/Debtors

James H. Turner
915 North Mountain Road, Suite D
Harrisburg PA 17112
pat@turnerandoconnell.com
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

Steven Allen Freeman
4 Spruce Street
Mont Alto PA 17237
Debtor

Sandra Kay Freeman
4 Spruce Street
Mont Alto, PA 17237
Debtor

Dated: November 15, 2023

POWERS KIRN, LLC

By: /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: 215-942-2090; Fax 215-942-8661
Email: <u>bankruptcy@powerskirn.com</u>
Attorneys for Creditor/Movant