United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-03078-HWV
Steven Allen Freeman  Chapter 13
Sandra Kay Freeman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Jul 15, 2024      Form ID: 3180W      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Allen Freeman, Sandra Kay Freeman, 4 Spruce St, Mont Alto, PA 17237-9652 |
| 5224550 | #+ | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5224551 | | Commenty-Peoples, PO Box 659465, San Antonio, TX 78265-9576 |
| 5224555 | | Real Time Resolutions, Po Box 840923, Dallas, TX 75284-0923 |
| 5224556 | + | Real Time Resolutions, Po Box 1259, Oaks, PA 19456-1259 |
| 5224558 | | Summit Physician Service, c/o Peerless Credit, PO Box 518, Middletown, PA 17057-0518 |
| 5224561 | + | Waynesboro Hospital, 501 E Main Street, Waynesboro, PA 17268-2394 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: BANKAMER | Jul 15 2024 22:40:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | EDI: PRA.COM | Jul 15 2024 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5243895 | | EDI: BANKAMER | Jul 15 2024 22:40:00 | Bank Of America, N.A., Bank Of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 5224549 | + | EDI: BANKAMER2 | Jul 15 2024 22:40:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28202-4036 |
| 5245599 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2024 18:42:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5224552 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 15 2024 18:41:00 | Harley Davidson, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 5235843 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 15 2024 18:40:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5224553 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 15 2024 18:40:00 | Kohl's Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5227399 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2024 18:42:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5227277 | | Email/Text: EBN@Mohela.com | Jul 15 2024 18:40:00 | US Department of EducationMOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5224554 | | EDI: AGFINANCE.COM | Jul 15 2024 22:40:00 | One Main Financial, 6801 Colwell Blvd, Attn: C/S Care Dept, Irving, TX 75039-3198 |
| 5236512 | | EDI: AGFINANCE.COM | Jul 15 2024 22:40:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5249694 | | EDI: PRA.COM | Jul 15 2024 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5247842 | | EDI: Q3G.COM | Jul 15 2024 22:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5249518 | | Email/Text: bkdepartment@rtresolutions.com | Jul 15 2024 18:41:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, Texas 75247-4029 |
| 5224557 | + | Email/Text: bkdepartment@rtresolutions.com | Jul 15 2024 18:41:00 | Real Time Solutions, 1750 Regal Row, Dallas, TX 75235-2289 |
| 5225118 | ^ | MEBN | Jul 15 2024 18:36:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5224559 | | EDI: SYNC | Jul 15 2024 22:40:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 5224560 | | EDI: WFNNB.COM | Jul 15 2024 22:40:00 | Victoris's Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Chad J. Julius | on behalf of Debtor 1 Steven Allen Freeman cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 2 Sandra Kay Freeman cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad James Julius | on behalf of Debtor 1 Steven Allen Freeman cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Chad James Julius | on behalf of Debtor 2 Sandra Kay Freeman cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James H Turner | on behalf of Debtor 2 Sandra Kay Freeman pat@turnerandoconnell.com |
| James H Turner | on behalf of Debtor 1 Steven Allen Freeman pat@turnerandoconnell.com |
| James H. Turner | on behalf of Debtor 1 Steven Allen Freeman pat@turnerandoconnell.com notices@UpRightLaw.com |
| James H. Turner | on behalf of Debtor 2 Sandra Kay Freeman pat@turnerandoconnell.com notices@UpRightLaw.com |
| Jerome B Blank | on behalf of Creditor Bank Of America N.A. pamb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Mario John Hanyon | on behalf of Creditor Bank Of America N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Robert Joseph Davidow | on behalf of Creditor Bank Of America N.A. r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor Bank Of America N.A. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Steven Allen Freeman <br> First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–6308 <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Sandra Kay Freeman <br> First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–2749 <br> EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-03078-HWV | |

# Order of Discharge                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven Allen Freeman                    Sandra Kay Freeman

**By the court:**  /s/ Henry W. Van Eck

7/15/24

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W              **Chapter 13 Discharge**              page 2