# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Steven Allen Freeman
    Sandra Kay Freeman

Case No.:1-19-03078HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Bank of America |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 1815 |
| Property Address if applicable: | 4 Spruce St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $6,125.87 |
| b. | Prepetition arrearages paid by the trustee: | $6,125.87 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $6,125.87 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: July 18, 2024

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Steven Allen Freeman
Sandra Kay Freeman

Case No.:1-19-03078HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 18, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Chad Julius, Esquire
Law Offices of Leslie D Jacobson
8150 Derry St
Harrisburg PA 17111

**Served by First Class Mail**
Bank of America
PO Box 31785
Tampa FL 33631-3785

Steven Allen Freeman
Sandra Kay Freeman
4 Spruce St
Mont Alto  PA 17237

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 18, 2024

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

Case: 19-03078    STEVEN ALLEN FREEMAN

**BANK OF AMERICA**
PO BOX 660933

DALLAS, TX   75266-0933

Acct No: 1815/PRE ARREARS/4 SPRUCE

AMENDED 7/19/23

Sequence: 24
Modify:
Filed Date: 9/9/2019  12:00:00AM
Hold Code:

|  | Debt: | $6,125.87 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: | $59,052.56 |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: $6,125.87 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **BANK OF AMERICA** | | | | | | | |
| 520-0 | BANK OF AMERICA | | 09/19/2023 | 2028409 | $173.37 | $0.00 | $173.37 | 09/27/2023 |
| 520-0 | BANK OF AMERICA | | 08/09/2023 | 2027404 | $152.41 | $0.00 | $152.41 | 08/16/2023 |
| 520-0 | BANK OF AMERICA | | 07/11/2023 | 2026469 | $170.41 | $0.00 | $170.41 | 07/20/2023 |
| 520-0 | BANK OF AMERICA | | 06/13/2023 | 2025562 | $163.71 | $0.00 | $163.71 | 06/22/2023 |
| 520-0 | BANK OF AMERICA | | 05/16/2023 | 2024573 | $163.71 | $0.00 | $163.71 | 06/01/2023 |
| 520-0 | BANK OF AMERICA | | 04/18/2023 | 2023525 | $163.71 | $0.00 | $163.71 | 04/27/2023 |
| 520-0 | BANK OF AMERICA | | 02/15/2023 | 2021528 | $163.72 | $0.00 | $163.72 | 02/23/2023 |
| 520-0 | BANK OF AMERICA | | 01/18/2023 | 2020525 | $327.42 | $0.00 | $327.42 | 01/25/2023 |
| 520-0 | BANK OF AMERICA | | 12/13/2022 | 2019556 | $163.71 | $0.00 | $163.71 | 12/19/2022 |
| 520-0 | BANK OF AMERICA | | 11/16/2022 | 2018579 | $163.72 | $0.00 | $163.72 | 12/07/2022 |
| 520-0 | BANK OF AMERICA | | 10/18/2022 | 2017516 | $172.69 | $0.00 | $172.69 | 10/25/2022 |
| 520-0 | BANK OF AMERICA | | 09/13/2022 | 2016500 | $172.69 | $0.00 | $172.69 | 09/20/2022 |
| 520-0 | BANK OF AMERICA | | 08/17/2022 | 2015415 | $172.68 | $0.00 | $172.68 | 08/24/2022 |
| 520-0 | BANK OF AMERICA | | 07/13/2022 | 2014392 | $160.73 | $0.00 | $160.73 | 07/21/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | BANK OF AMERICA | | 06/14/2022 | 2013436 | $162.80 | $0.00 | $162.80 | 06/23/2022 |
| 520-0 | BANK OF AMERICA | | 05/17/2022 | 2012352 | $160.72 | $0.00 | $160.72 | 05/24/2022 |
| 520-0 | BANK OF AMERICA | | 03/16/2022 | 2010282 | $321.45 | $0.00 | $321.45 | 03/22/2022 |
| 520-0 | BANK OF AMERICA | | 01/19/2022 | 2008308 | $321.45 | $0.00 | $321.45 | 01/26/2022 |
| 520-0 | BANK OF AMERICA | | 12/15/2021 | 2007287 | $160.72 | $0.00 | $160.72 | 12/21/2021 |
| 520-0 | BANK OF AMERICA | | 11/16/2021 | 2006264 | $160.72 | $0.00 | $160.72 | 11/23/2021 |
| 520-0 | BANK OF AMERICA | | 10/14/2021 | 2005208 | $165.47 | $0.00 | $165.47 | 10/20/2021 |
| 520-0 | BANK OF AMERICA | | 08/18/2021 | 2003151 | $330.95 | $0.00 | $330.95 | 08/25/2021 |
| 520-0 | BANK OF AMERICA | | 07/14/2021 | 2002130 | $165.47 | $0.00 | $165.47 | 07/20/2021 |
| 520-0 | BANK OF AMERICA | | 05/18/2021 | 2000122 | $325.67 | $0.00 | $325.67 | 05/26/2021 |
| 520-0 | BANK OF AMERICA | | 04/15/2021 | 1228766 | $160.19 | $0.00 | $160.19 | 04/23/2021 |
| 520-0 | BANK OF AMERICA | | 03/17/2021 | 1227737 | $160.20 | $0.00 | $160.20 | 03/23/2021 |
| 520-0 | BANK OF AMERICA | | 02/17/2021 | 1226718 | $160.19 | $0.00 | $160.19 | 02/25/2021 |
| 520-0 | BANK OF AMERICA | | 01/19/2021 | 1225714 | $160.19 | $0.00 | $160.19 | 01/28/2021 |
| 520-0 | BANK OF AMERICA | | 12/10/2020 | 1223910 | $160.20 | $0.00 | $160.20 | 12/16/2020 |
| 520-0 | BANK OF AMERICA | | 11/03/2020 | 1223083 | $160.18 | $0.00 | $160.18 | 11/12/2020 |
| 520-0 | BANK OF AMERICA | | 09/17/2020 | 1221123 | $316.87 | $0.00 | $316.87 | 09/25/2020 |
| 520-0 | BANK OF AMERICA | | 08/12/2020 | 1220092 | $87.75 | $0.00 | $87.75 | 08/20/2020 |

|  |  |  |  | Sub-totals: | $6,125.87 | $0.00 | $6,125.87 |  |
|  |  |  |  | Grand Total: | $6,125.87 | $0.00 |  |  |