| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Steven Allen Freeman |
| Debtor 2 (Spouse, if filing) | Sandra Kay Freeman |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (Harrisburg) |
| Case number | 1:19-bk-03078-HWV |

# Form 4100R
## Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Real Time Resolutions, Inc.

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 0 1 6 6

**Property address:**
4  Spruce St
Number  Street

Mont Alto  PA  17237
City  State  ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: -- / -- / ----  MM / DD / YYYY  *account paid in full*

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total.** Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___/___/___  MM / DD / YYYY

Form 4100R  Response to Notice of Final Cure Payment  page 1

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Rose Velasquez         Date 08/08/2024
Signature

Print  Rose                Velasquez           Title  Senior Analyst
       First Name  Middle Name  Last Name

Company  Real Time Resolutions, Inc.

If different from the notice address listed on the proof of claim to which this response applies:

Address  1349    Empire Central Drive, Suite 150
         Number   Street

         Dallas                    TX    75247
         City                      State  ZIP Code

Contact phone  (888) 741-1124       Email  bankruptcy@rtresolutions.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

In re: )
STEVEN ALLEN FREEMAN )
SANDRA KAY FREEMAN )
)
) CHAPTER 13
) CASE NO. 1:19-bk-03078-HWV
Debtors )

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

**Chad J. Julius**
**Jacobson, Julius & Harshberger**
**8150 Derry Street**
**Harrisburg, PA 17111**

**Jack N Zaharopoulos**
**Standing Chapter 13 Trustee**
**8125 Adams Drive, Suite A**
**Hummelstown, PA 17036**

**Steven Allen Freeman & Sandra Kay Freeman**
**4 Spruce St**
**Mont Alto, PA 17237**

Dated 8/8/2024

By: /s/ Rose Velasquez

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite 150
Dallas, TX 75247