United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 19-03078-HWV

Steven Allen Freeman                                                      Chapter 13

Sandra Kay Freeman

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                                    Page 1 of 2

Date Rcvd: Sep 16, 2024                   Form ID: fnldec                                Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Allen Freeman, 4 Spruce St, Mont Alto, PA 17237-9652 |
| jdb | #+ | Sandra Kay Freeman, 4 Spruce St, Mont Alto, PA 17237-9652 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2024                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Julius | |
| | on behalf of Debtor 1 Steven Allen Freeman cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | |
| | on behalf of Debtor 2 Sandra Kay Freeman cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad James Julius | |
| | on behalf of Debtor 2 Sandra Kay Freeman cjulius@ljacobsonlaw.com  brhoades@ljacobsonlaw.com;derashade527@outlook.com |

Chad James Julius
on behalf of Debtor 1 Steven Allen Freeman cjulius@ljacobsonlaw.com
brhoades@ljacobsonlaw.com;derashade527@outlook.com

Denise E. Carlon
on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

James H Turner
on behalf of Debtor 2 Sandra Kay Freeman pat@turnerandoconnell.com

James H Turner
on behalf of Debtor 1 Steven Allen Freeman pat@turnerandoconnell.com

James H. Turner
on behalf of Debtor 2 Sandra Kay Freeman pat@turnerandoconnell.com  notices@UpRightLaw.com

James H. Turner
on behalf of Debtor 1 Steven Allen Freeman pat@turnerandoconnell.com  notices@UpRightLaw.com

Jerome B Blank
on behalf of Creditor Bank Of America  N.A. pamb@fedphe.com

Jill Manuel-Coughlin
on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

Karina Velter
on behalf of Creditor BANK OF AMERICA  N.A. karina.velter@powerskirn.com, brausch@pincuslaw.com

Mario John Hanyon
on behalf of Creditor Bank Of America  N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com

Robert Joseph Davidow
on behalf of Creditor Bank Of America  N.A. r.davidow@mgplaw.com

Thomas Song
on behalf of Creditor Bank Of America  N.A. tomysong0@gmail.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 17

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven Allen Freeman,                             Chapter        13

**Debtor 1**
                                                  Case No.       1:19−bk−03078−HWV
Sandra Kay Freeman,

**Debtor 2**


Social Security No.:
                        xxx−xx−6308            xxx−xx−2749
Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  September 16, 2024

**fnldec** (01/22)